IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bureau Veritas North America, Inc., :
                         Petitioner :
                                   :
       v. :
                                     :
Department of Transportation, :
                       Respondent : No. 99 C.D. 2015

# **O R D E R**

NOW, December 17, 2015, having considered respondent's application for reargument and petitioner's response thereto, the application is denied.

                                             _____

                                             DAN PELLEGRINI,
                                             President Judge